IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT D. WILLIAMS,

Defendant.                                                            No. 09-cr-30118-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Williams' motion for extension of time to file pretrial motions (Doc. 11). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** Williams up to and including October 15, 2009 to file pretrial motions.

**IT IS SO ORDERED.**

Signed this 21st day of September, 2009.

/s/      David R Herndon

**Chief Judge
United States District Court**