IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROBERT D. WILLIAMS,**

**Defendant.**                                                          No. 09-30118-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Williams' motion to continue sentencing hearing (Doc. 27). Specifically, Defendant Williams requests that his sentencing hearing currently scheduled for July 23, 2010 be continued for at least sixty (60) days in order to determine the status of Senate Bill S. 1789. Defendant submits that the passage of the bill might affect the mandatory minimum sentence in this case. This is the *fourth* such continuance filed by Defendant Williams. Pursuant to ***USA v. Tanner*, 544 F.3d 793. 796-956 (7th Cir. 2008) (Seventh Circuit held that prospective change in law not sufficient reason to grant continuance)**, the Court **DENIES** Williams' motion to continue sentencing hearing (Doc. 27).

**IT IS SO ORDERED.**

Signed this 19th day of July, 2010.

/s/ David R Herndon
**Chief Judge
United States District Court**